# RUTHERFORD SCHOOL TOWNSHIP *v.* ARVIN.

[No. 7,925. Filed May 16, 1913. Rehearing denied June 27, 1913.]

From Martin Circuit Court; *Hileary Q. Houghton,* Judge.

Action by Albert Arvin against Rutherford School Township, of Martin County. From a judgment for plaintiff, the defendant appeals. *Affirmed.*

*Frank E. Gilkison,* for appellant.
*William P. Dennigan,* for appellee.

IBACH, C. J.—The material questions in this case are the same as those involved in the case of *Rutherford School Tp.* v. *Craney* (1912), 51 Ind. App. 236, 99 N. E. 485, and upon the authority of that case the judgment is affirmed.